IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GLENDA KELLEY, | § § | |
| Plaintiff, | § § | Civil Action No. 4:16-cv-03556 |
| v. | § § | |
| ASHFORD UNIVERSITY, | § § | |
| Defendant. | § § § | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

*/s/ Brian J Foster*

Brian J Foster, Esq.
Snell & Wilmer LLP
400 E Van Buren
Phoenix, AZ 85004
602-382-6242
Email: bfoster@swlaw.com
Attorney for the Defendant

Date: July 20, 2017

*/s/ Amy L. Bennecoff Ginsburg*

Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

Date: July 20, 2017

BY THE COURT:

_____
J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 20th day of July, 2017:

Brian J Foster, Esq.
Snell & Wilmer LLP
400 E Van Buren
Phoenix, AZ 85004
602-382-6242
Email: bfoster@swlaw.com

Matthew Gerald Sheridan, Esq.
Baker Botts LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
(713) 229-1568
Email: Matthew.Sheridan@bakerbotts.com
Attorneys for Defendant

                                                */s/ Amy L. Bennecoff Ginsburg*
                                                Amy L. Bennecoff Ginsburg, Esq.
                                                Kimmel & Silverman, P.C.
                                                30 East Butler Pike
                                                Ambler, PA 19002
                                                Phone: (215) 540-8888
                                                Fax: (877) 788-2864
                                                Email: aginsburg@creditlaw.com
                                                Attorney for the Plaintiff