| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
July 20, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| Glenda Kelley, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-16-3556 |
| | § | |
| Ashford University, | § | |
| | § | |
| Defendant. | § | |

## Final Dismissal

1. On the parties' agreement, this case is dismissed with prejudice. (24)

2. The parties bear their own costs and attorneys' fees.

Signed on July 20, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge